UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MC21-0056RSL |
| Plaintiffs, ) | |
| v. ) | ORDER TO ISSUE WRIT OF |
| JOSE L. NINO DE GUZMAN, JR., ) | CONTINUING GARNISHMENT |
| Defendant, ) | |
| v. ) | |
| COLLABERA, INC., ) | |
| Garnishee. ) | |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Jose L. Nino de Guzman, Jr., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Collabera, Inc. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on May 27, 2021. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 1st day of June, 2021.

_MWS Lasnik_

Robert S. Lasnik
United States District Judge